# EXHIBIT C



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# Common weapon platforms with attached "stabilizing brace" designs that are short-barreled rifles

This is not an exhaustive list of common weapon platforms with attached "stabilizing brace" designs that are short-barreled rifles. However, this list is representative of how ATF will apply the definition of "rifle" to firearms that are equipped with a "stabilizing brace." For purposes of this document, the term "short-barreled rifle" is used to refer to rifles with a barrel or barrels of less than sixteen inches, that are subject to the provisions of the NFA.



# AR-type Platforms

000002

# AR-type Firearm with SBA4 Attached – Short-barreled Rifle





# AR-type Firearm with SBA4 Attached – Short-barreled Rifle





## AR-type Firearm with SBM4 Attached – Short-barreled Rifle





## AR-type Firearm with SOB Attached – Short-barreled Rifle





## AR-type Firearm with SBX-K Attached – Short-barreled Rifle





# AR-type Firearm with SB-Mini Attached – Short-barreled Rifle





## AR-type Firearm with SBL Attached – Short-barreled Rifle





## <u>AR-type firearm with SBPDW Attached – Short-barreled Rifle</u>





## AR-type Firearm with Shockwave Blade Attached – Short-barreled Rifle





## AR-type Firearm with MFT BMPSB Attached – Short-barreled Rifle





## <u>AR-type Firearm with MFT Breach 2.0 Attached – Short-barreled Rifle</u>





## AR-type firearm with Tailhook Mod2 Attached – Short-barreled Rifle





# Standard Size Handgun (Glock-type) Platforms

000015

# Glock-type Firearm with FLUX Attached – Short-barreled Rifle





# Glock-type firearm with Recover Tactical 20/20N Attached – Short-barreled Rifle





## <u>Glock-type Firearm with Shockwave Blade Attached – Short-barreled Rifle</u>





## <u>Glock-type Firearm with SBA3 Attached – Short-barreled Rifle</u>





000019

# Glock-type Firearm with FAB Defense KPOS Slingshot Attached – Short-barreled Rifle





## <u>Glock-type firearm with CAA Micro Roni Kit – Short-barreled Rifle</u>





# <u>Glock-type firearm with CAA MCK Gen 2 – Short-barreled Rifle</u>





## <u>Glock-type Firearm with CAA MCKGEN3 Kit –<br>Short-barreled Rifle</u>





## FCU X01 with PSB Attached – Short-barreled Rifle





# AK-type Platforms

## <u>AK-type Firearm with AKTF Attached – Short-barreled Rifle</u>





## <u>AK-type Firearm with SBL Attached – Short-barreled Rifle</u>





# H&K-type Platforms

# HK-type Firearm with SB5 Attached – Short-barreled Rifle





## <u>H&K-type Firearm with SBT5KA Attached – Short-barreled Rifle</u>





## <u>H&K-type Firearm with HKPDW Attached – Short-barreled Rifle</u>





# Pistol Caliber Configuration (PCC)-type Platforms

000032

# PCC-type Firearm with Strike Industries MPX Attached – Short-barreled Rifle





## PCC-type Firearm with Magpul BTR Attached – Short-barreled Rifle





# PCC-type Firearm with CZPDW Attached – Short-barreled Rifle





# PCC-type Firearm with SBT5A Attached – Short-barreled Rifle





# Rifle Caliber Configuration (RCC)-type Platforms

000037

## RCC-type Firearm with SBA3 Attached – Short-barreled Rifle





# RCC-type Firearm with SBG-G2 Attached – Short-barreled Rifle





## <u>RCC-type Firearm with Gear Head Works Tailhook Mod1 Attached – Short-barreled Rifle</u>





# MAC-type Platforms

000041

## <u>MAC-type Firearm with SBA3 Attached – Short-barreled Rifle</u>





## <u>MAC-type Firearm with Shockwave Blade Attached – Short-barreled Rifle</u>



