# EXHIBIT D



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# Commercially available firearms equipped with a "stabilizing brace" that are short-barreled rifles*

*May not be marketed by original manufacturer in displayed configuration, rather a wholesaler or retailer

This is not an exhaustive list of commercially available firearms equipped with a "stabilizing brace" that are short-barreled rifles. However, this list is representative of how ATF will apply the definition of "rifle" to firearms that are equipped with a "stabilizing brace." For purposes of this document, the term "short-barreled rifle" is used to refer to rifles with a barrel or barrels of less than sixteen inches, that are subject to the provisions of the NFA.



000001

# AR-type Platforms

000002

# Ruger, model AR-556 with SBA3 Attached – Short-barreled Rifle





# Q, model Honey Badger with HBPDW Attached – Short-barreled Rifle





# Q, model Sugar Weasel with SBA3 Attached – Short-barreled Rifle





# CMMG, model Banshee with SBA3 Attached – Short-barreled Rifle





# Daniel Defense, model DDM4 with SBPDW Attached – Short-barreled Rifle





# FN, model FN15 with SBA3 Attached – Short-barreled Rifle





# <u>Fostech, model Lite with SBPDW Attached – Short-barreled Rifle</u>





# <u>Maxim Defense Industries, model MDX with Maxim PDW Attached – Short-barreled Rifle</u>





# <u>Palmetto State Armory, model PA-15 with SBA3 Attached – Short-barreled Rifle</u>





## <u>Smith & Wesson, model M&P 15 with SBA3 Attached – Short-barreled Rifle</u>





## <u>Smith & Wesson, model M&P 15-22P with SBA3 Attached – Short-barreled Rifle</u>





# Springfield, model Victor with Magpul BTR Attached – Short-barreled Rifle





# Springfield, model Saint Victor with Tailhook Mod2 Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Tailhook Mod1C Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Tailhook Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Mini Tailhook Attached – Short-barreled Rifle





# AK-type Platforms

000019

# Palmetto State Armory, model AKV with AKTF Attached – Short-barreled Rifle





# Romarm, model Champion 2007 with SB47 Attached – Short-barreled Rifle





H&K-type Platforms

## <u>H&K, model SP5 with Gear Head Mod1 Tailhook Attached – Short-barreled Rifle</u>





# Pistol Caliber Configuration (PCC)-type Platforms

000024

# LWRC, model SMG-45 with SBT1 Attached – Short-barreled Rifle





## CZ, model Scorpion EVO 3 S1 with SBTEVO Attached – Short-barreled Rifle





## <u>Diamondback Firearms, model DBX with FS1913 Attached – Short-barreled Rifle</u>





# Kriss USA, model Kriss Vector SDP with SBX-K Attached – Short-barreled Rifle





000028

## IWI, model UZI Pro Pistol with SBX-K Attached – Short-barreled Rifle





# Sig Sauer, model MCX with FS1913 Attached – Short-barreled Rifle





# Sig Sauer, model MPX with FS1913 Attached – Short-barreled Rifle





## <u>Sig Sauer, model MPX with SIG PCB Attached – Short-barreled Rifle</u>





# Sig Sauer, model MPX with PSB Attached – Short-barreled Rifle





# Other Rifle-type Configurations

000034

# Black Collar, model Pork Sword with FS1913 Attached – Short-barreled Rifle





# Christensen Arms, model 14 with FS1913 Attached – Short-barreled Rifle





## <u>Remington, model 700CP with SBA3 Attached – Short-barreled Rifle</u>





# <u>Q, model Mini Fix with Proprietary Brace – Short-barreled Rifle</u>



