# EXHIBIT J

## **DECLARATION OF RICHARD CICERO**

I, Richard Cicero, hereby declare as follows under the penalty of perjury.

1. I am a retired Police Firearms Instructor and, in that capacity, worked with the National Rifle Association (NRA), Sig Sauer, Smith & Wesson, Connecticut Police Officer Standards and Training, the Institute of Police Technology and Management, and Simunitions. Unless otherwise stated, this declaration is based on my personal knowledge and belief. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age and of sound mind.

3. I am a citizen of the United States.

4. On August 4th, 2010, I was injured after triggering an improvised explosive device (IED) while serving with combat operations units in Afghanistan as a military contractor IED Detection Dog Handler. I lost my right arm and right leg in the resulting blast. I also suffer from an injury to my left leg, traumatic brain injury (TBI), and loss of strength and dexterity in my left hand as a result of the attack.

5. With my injuries, firing certain types of pistols is unsafe without using a stabilizing brace.

6. In 2012, SB Tactical developed the first pistol stabilizing brace. The stabilizing brace allows for a one-handed shooter to effectively engage a target without needing a second hand to stabilize the firearm.

7. In my retirement (i.e. post-injuries), I collaborated with SB Tactical to establish and define approved and recognized proper uses of pistol stabilizing braces.

8. I worked directly with the leadership of Sig Sauer and the Sig Sauer Academy to develop the period of instructions (P.O.I.) to properly employ pistol stabilizing braces efficiently and effectively.

9. As part of this work, I developed shooting positions that allow individuals with disabilities to safely fire pistols equipped with braces, such as the Modified Weaver Stance pictured below:



10. I was never paid for my work helping SB Tactical, Sig Sauer, or any other firearm industry entity.

11. A portion of the industry's profits from the stabilizing brace funded "Learn to Shoot Again," a program I supervised for 5 years (2015–2020) that teaches others with various challenges to shoot using braced pistols.

12. While managing training for disabled shooters at the Sig Sauer Academy (independent of the Learn to Shoot Again program), I conducted blocks of instruction on the proper use of pistol stabilizing braces. I have also conducted a block of instruction on the proper use of

the pistol stabilizing brace for the ATF Tactical Team, which was considering issuing brace-equipped advanced pistols to its dog handlers.

13. Pistol stabilizing braces serve a legitimate purpose in aiding injured, disabled, limited mobility, limited body strength, and/or inexperienced shooters with utilizing a firearm because of their unique design safety features.

14. Pistol stabilizing braces work effectively on platforms ranging from the .22LR to the .300 Blackout. I know from firsthand experience that braces maintain great performance on the following pistol platforms: CZ-Scorpion, AR, Uzi, AK, 556xi, MPX, MCX, and Roni.

15. Without a stabilizing brace, many injured, disabled, limited mobility, limited body strength, and/or inexperienced shooters simply cannot use a firearm safely and effectively.

16. Over the last several years, I have trained hundreds of physically challenged students to shoot using braces.

17. Some of my students only had one or two fingers. Many had lost mobility, strength, sensation, or stability to the point of impaired and/or unsafe operation of their firearm without a brace.

18. One student, Nate, lost his arm while serving in the United States Air Force. Over the years, I successfully taught Nate to shoot a pistol with a stabilizing brace. Inspired by his training, Nate later became an NRA Firearms Instructor. Nate went on to become the first one-armed correctional officer in his home state.

19. None of our work was widely publicized. Combat veterans and otherwise disabled shooters face unique obstacles, both physically and mentally. Many experience the frustration of not being able to fully participate in activities that are important to them. Many experience embarrassment when they underperform compared to an able bodied person. Finally, some are

proud, and do not want to see others show sympathy for them. Thus, we conducted these efforts quietly in order to preserve the dignity of our community.

20. For injured veterans, firearms are a part of our lives. Many of us lived, ate, and slept with our firearms. Firearms brought us through our most challenging moments and remain an integral aspect of our recovery. However, after sustaining injuries, many veterans have to retrain with firearms in order to shoot safely and effectively.

21. Stabilizing braces have helped thousands of injured shooters, including myself, return to a fulfilling hobby that motivates them towards an improved quality of life. Shooting has helped many overcome depression or free themselves from self-destructive habits, such as alcoholism. Proper safe use of firearms requires sobriety and a clear head, and the pistol stabilizing brace motivated many to find these virtues again in their life. Successfully shooting with stabilizing braces instilled a sense of confidence in my students that translated to other positive life changes.

22. The work performed by the firearms community has been the most substantial since the end of World War II in improving the lives of combat veterans and otherwise disabled sport shooters.

23. ATF's Rule would take this option off the table by closing the range to many injured shooters. It would limit access and increase the cost of ownership.

24. For example, I own at least six braced-equipped firearms. These include: one CZ Scorpion (9mm), one AR Pistol (5.56mm), one Sig Sauer Rattler (.300 cal. Blackout), one Sig Sauer Rattler (.223 cal.), and two MPX (9mm) Pistols.

25. Because of my head injury (TBI) and loss of dexterity in my left hand, registering these six firearms under the NFA is simply too onerous of a task.

26. As a result, because I wish to ensure full compliance with the law, I intend to order

long barrels for my firearms and have a local gunsmith install them on the pistols, rendering them outside NFA requirements.

27. In addition to the cost of purchasing the barrels and paying to have them installed, I will no longer be able to use the firearms as easily, effectively, and safely with the longer barrels as a result of the Rule.

28. In my opinion, the Rule translates to yet another infringement on the legal rights of those with disabilities, and furthermore the Rule is an afront to the spirit of the Americans with Disability Act.

29. Aside from the disabled, stabilizing braces have also allowed able-bodied shooters, including beginner shooters and shooters with less physical strength, to safely use firearms.

30. Several law enforcement agencies have incorporated braces into their issued equipment inventory and/or their training programs, and at least one local agency has added them to their motorcycle units as well.

31. If ATF is not prevented from enforcing its Rule, it will substantially impact the disabled community by imposing significant regulatory restrictions on the ownership and employment of stabilizing braces and firearms equipped with such stabilizing braces.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2023

Richard Cicero