# EXHIBIT M



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV 25405*

www.atf.gov

MAR 0 5 2014

903050:AG
3311/301737

Sergeant Joe Bradley
Greenwood Police Department
6060 S Quebec Street
Greenwood Village, Colorado 80111

Dear Sgt. Bradley:

This is in response to your communication dated January 24, 2014, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Your e-mail was forwarded to the ATF Firearms Technology Branch (FTB), Martinsburg, West Virginia, for reply. In your note, you ask about firing an AR-15 type pistol from the shoulder; specifically, if doing so would cause the pistol to be reclassified as a Short Barreled Rifle (SBR).

For the following reasons, we have determined that firing a pistol from the shoulder would **not** cause the pistol to be reclassified as an SBR:

FTB classifies weapons based on their physical design characteristics. While usage/functionality of the weapon does influence the intended design, it is not the sole criterion for determining the classification of a weapon. Generally speaking, we **do not** classify weapons based on how an individual uses a weapon.

FTB has previously determined (see FTB # 99146) that the firing of a weapon from a particular position, such as placing the receiver extension of an AR-15 type pistol on the user's shoulder, does not change the classification of a weapon. Further, certain firearm accessories such as the SIG Stability Brace have not been classified by FTB as shoulder stocks and, therefore, using the brace improperly does not constitute a design change. Using such an accessory improperly would not change the classification of the weapon per Federal law. However, FTB cannot recommend using a weapon (or weapon accessory) in a manner not intended by the manufacturer.

Sergeant Joe Bradley                                                                 Page 2

We thank you for your inquiry and trust the foregoing has been responsive.

                                        Sincerely yours,

                                        [signature] for

                                        Earl Griffith
                                        Chief, Firearms Technology Branch



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
$ 00.48⁰
MAR 06 2014
02 1R
0000012761
MAILED FROM ZIPCODE 25405

SERGEANT JOE BRADLEY
GREENWOOD POLICE DEPARTMENT
6060 S QUEBEC STREET
GREENWOOD VILLAGE, CO 80111

80111&4591 C0?&

U.S. DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES
MARTINSBURG, WV 25401-9431

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIREARMS TECHNOLOGY BRANCH

E 5320.1