UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    Defendants. | Civil Action No. 1:23-cv-00024-DLH-CRH |

**PLAINTIFFS' EXPEDITED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7.1(C), Plaintiffs—a coalition of States, businesses, and individuals—respectfully request leave of the Court to file a Memorandum in support of their Motion for Preliminary Injunction that exceeds the page limitations prescribed in Local Rule 7.1(B). Specifically, Plaintiffs request that they be permitted to file a supporting Memorandum <u>not to exceed forty (40) pages</u>.

Good cause exists to grant Plaintiffs' request. This lawsuit challenges a federal regulation that occupies nearly 100 pages in the Federal Register (nearly 300 pages as originally published by the agency) and another 81 pages of summary adjudications. Together, these agency actions alter the regulatory classification of millions of firearms owned by law-abiding citizens across the country, subjecting them to onerous federal regulations backed by severe criminal penalties. These actions are unlawful, and the additional pages Plaintiffs request would permit them to present the Court with the legal basis for their challenge and explain the different irreparable harms that will attach to the States, businesses, and individuals that are Plaintiffs in this

2

case.  Furthermore, 40 pages is reasonable as it is consistent with this Court's limit for dispositive motions under Local Rule 7.1(A)(1).

Plaintiffs intend to file their Motion for Preliminary Injunction immediately, and respectfully request the Court rule on this Motion for Leave to Exceed Page Limitations on an expedited basis.

<div style="display: flex;">

<div>

February 9, 2023

</div>

<div>

/s/ Benjamin J. Sand
Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

*Counsel for Plaintiffs FRAC, SB Tactical, B&T, and Richard Cicero*

</div>

</div>

<div style="display: flex;">

<div>

*/s/ Lindsay See*
PATRICK MORRISEY
Attorney General
LINDSAY SEE
Solicitor General
MICHAEL R. WILLIAMS
Senior Deputy Solicitor General

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

</div>

<div>

DREW H. WRIGLEY
Attorney General
JAMES E. NICOLAI
Interim Solicitor General

North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-3644
ctitus@nd.gov

*Counsel for Plaintiff State of North Dakota*

</div>

</div>

STEVE MARSHALL
Attorney General
EDMUND G. LACOUR JR.*
Solicitor General

Alabama Attorney General's Office
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

TREG TAYLOR
Attorney General
CHARLES E. BRASINGTON*
Assistant Attorney General

Alaska Attorney General's Office
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov

*Counsel for Plaintiff State of Alaska*

TIM GRIFFIN
Attorney General
NICHOLAS J. BRONNI*
Solicitor General
DYLAN L. JACOBS*
Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

ASHLEY MOODY
Attorney General
NATALIE P. CHRISTMAS* (Fla. Bar 1019180)
Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY*
Solicitor General

Georgia's Attorney General's Office
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
Attorney General
DAVID M.S. DEWHIRST*
Chief Deputy Attorney General

Idaho Attorney General's Office
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
david.dewhirst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Attorney General
BETSY M. DENARDI*
Director of Complex Litigation

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6231
Betsy.DeNardi@atg.in.gov

*Counsel for Plaintiff State of Indiana*

KRIS KOBACH
Attorney General
JESSE A. BURRIS*
Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ELIZABETH B. MURRILL*
Solicitor General
J. SCOTT ST. JOHN*
Deputy Solicitor General
TRACY SHORT*
Assistant Attorney General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

BRENNA BIRD
Attorney General
ERIC H. WESSAN*
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

DANIEL CAMERON
Attorney General
AARON J. SILLETTO*
Assistant Attorney General

Kentucky Attorney General's Office
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

LYNN FITCH
Attorney General
JUSTIN L. MATHENY*
Deputy Solicitor General

Mississippi Attorney General's Office
550 High Street, Suite 1200
Jackson, MS 39201
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

*Counsel for Plaintiff State of Louisiana*

| | |
|---|---|
| ANDREW BAILEY<br>Attorney General<br>JOSHUA M. DIVINE*<br>Solicitor General<br>JEFF P. JOHNSON*<br>Deputy Solicitor General<br><br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>josh.divine@ago.mo.gov<br>jeff.johnson@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* | AUSTIN KNUDSEN<br>Attorney General<br>CHRISTIAN B. CORRIGAN*<br>Solicitor General<br><br>Montana Attorney General's Office<br>215 N Sanders St<br>Helena, MT 59601<br>(406) 444-2707<br>Christian.Corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana* |
| MICHAEL T. HILGERS<br>Attorney General<br>ERIC J. HAMILTON*<br>Deputy Solicitor General<br><br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Eric.Hamilton@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* | JOHN M. FORMELLA<br>Attorney General<br>ANTHONY J. GALDIERI*<br>Solicitor General<br>SAMUEL R.V. GARLAND*<br>Senior Assistant Attorney General<br><br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>(603) 271-3650<br>samuel.rv.garland@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* |
| GENTNER F. DRUMMOND<br>Attorney General<br>GARRY M. GASKINS, II*<br>Solicitor General<br>AUDREY A. WEAVER*<br>Assistant Solicitor General<br><br>Oklahoma Attorney General's Office<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 | ALAN WILSON<br>Attorney General<br>J. EMORY SMITH, JR.*<br>Deputy Solicitor General<br><br>South Carolina Attorney General's Office<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone: (803) 734-3680<br>Fax: (803) 734-3677<br>Email:  ESmith@scag.gov |

(405) 521-3921
Garry.Gaskins@oag.ok.gov
Audrey.Weaver@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

MARTY J. JACKLEY
Attorney General

South Dakota Attorney General's Office
1302 E. Highway 4, Suite 1
Pierre, SD 57501
605-773-3215

*Counsel for Plaintiff State of South Dakota*

SEAN REYES
Attorney General
MELISSA HOLYOAK*
Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
Attorney General
RYAN SCHELHAAS*

*Counsel for Plaintiff State of South Carolina*

JONATHAN SKRMETTI
Attorney General and Reporter
ANDRÉE S. BLUMSTEIN*
Solicitor General
CLARK L. HILDABRAND*
Assistant Solicitor General

Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

JASON MIYARARES
Attorney General
ANDREW N. FERGUSON*
Solicitor General
KEVIN M. GALLAGHER*
Deputy Solicitor General
M. JORDAN MINOT*
Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

Chief Deputy Attorney General

Wyoming Attorney General's Office
Counsel for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

*\*pro hac vice or admission application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the above paper with the Clerk of Court using the ECF system, and I hereby certify that the above paper will be served via certified mail with the Summons and Verified Complaint to the following:

**Merrick B. Garland**
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Office of the United States Attorney for the District of North Dakota**
Civil Process Clerk
William L. Guy Federal Building
220 East Rosser Ave, Room 372
Bismarck, ND 58502-0699

**The Bureau of Alcohol, Tobacco, Firearms and Explosives**
99 New York Avenue, NE
Washington, DC 20226

**Steven M. Dettelbach**
Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

Dated: February 9, 2023                    Respectfully submitted,

/s/ Benjamin J. Sand
Benjamin J. Sand