UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | No. 1:23-cv-00024-DLH-CRH <br> Hon. Daniel L. Hovland |

**PLAINTIFF STATES' NOTICE OF JOINDER IN
MOTION FOR PRELIMINARY INJUNCTION**

All Plaintiff States—West Virginia, North Dakota, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Hampshire, Oklahoma, Oklahoma, South Carolina, South Carolina, South Dakota, Tennessee, Utah, Virginia, and Wyoming—give notice that they join the motion for preliminary injunction filed on February 10, 2023. *See* ECF No. 7. The States join in all the arguments and points raised in both the motion and supporting memorandum. The States also agree that oral argument would be appropriate to help resolve the motion.

The Court should preliminarily enjoin Defendants from enforcing the Rule. The Rule is unlawful for multiple, independent reasons. *See* ECF No. 7-1, at 8-36. And this unlawful rule will impose irreparable harms on the States if the Rule remains in place. *Id.* at 38. Among other things, the Rule imposes unrecoverable compliance costs on all the States. *Id.* Further, it undermines the States' ability to police crime, one of the traditional powers of State sovereigns. *Id.*; *accord North Dakota v. EPA*, 127 F. Supp. 3d 1047, 1059 (D.N.D. 2015) (explaining that a "loss of sovereignty"

can constitute irreparable harm"). And "there is no public interest in the enforcement of an unlawful action." *Missouri v. Biden*, 576 F. Supp. 3d 622, 635 (E.D. Mo. 2021). In contrast, the Government will be unable to establish any harms to either its interests or the public's during the time of the preliminary injunction, as the injunction merely preserves the pre-Rule status quo.

So, like the other Plaintiffs, the Plaintiff States are entitled to a preliminary injunction against the Rule. The States urge the Court to enter that injunction as soon as possible.

Respectfully submitted,

| | |
|---|---|
| */s/ Lindsay See* | */s/ James E. Nicolai* |
| PATRICK MORRISEY | DREW H. WRIGLEY |
| Attorney General | Attorney General |
| LINDSAY SEE | JAMES E. NICOLAI (ND ID #04789) |
| Solicitor General | Interim Solicitor General |
| MICHAEL R. WILLIAMS | |
| Senior Deputy Solicitor General | North Dakota Attorney General's Office |
| | 600 E Boulevard Avenue, Dept. 125 |
| Office of the West Virginia Attorney General | Bismarck, ND 58505 |
| State Capitol, Bldg 1, Room E-26 | (701) 328-3644 |
| Charleston, WV 25305 | jnicolai@nd.gov |
| (681) 313-4550 | |
| Lindsay.S.See@wvago.gov | *Counsel for Plaintiff State of North Dakota* |
| Michael.R.Williams@wvago.gov | |

*Counsel for Plaintiff State of West Virginia*

| | |
|---|---|
| */s/ Edmund G. LaCour, Jr.* | */s/ Charles E. Brasington* |
| STEVE MARSHALL | TREG TAYLOR |
| Attorney General | Attorney General |
| EDMUND G. LACOUR, JR. | CHARLES E. BRASINGTON |
| Solicitor General | Assistant Attorney General |
| | |
| Alabama Attorney General's Office | Alaska Attorney General's Office |
| 501 Washington Avenue | 1031 West Fourth Avenue, Suite 200 |
| Post Office Box 300152 | Anchorage, AK 99501 |
| Montgomery, Alabama 36130-0152 | Phone: (907) 269-6612 |
| Telephone: (334) 242-7300 | charles.brasington@alaska.gov |
| Facsimile: (334) 353-8400 | |
| Edmund.LaCour@AlabamaAG.gov | *Counsel for Plaintiff State of Alaska* |

*Counsel for Plaintiff State of Alabama*

/s/ Dylan L. Jacobs
TIM GRIFFIN
Attorney General
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*


/s/ Stephen J. Petrany
CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY
Solicitor General

Georgia's Attorney General's Office
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*


/s/ Betsy M. DeNardi
THEODORE E. ROKITA
Attorney General
BETSY M. DENARDI
Director of Complex Litigation

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor

/s/ Natalie P. Christmas
ASHLEY MOODY
Attorney General
NATALIE P. CHRISTMAS (Fla. Bar 1019180)
Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*


/s/ David M.S. Dewhirst
RAÚL R. LABRADOR
Attorney General
DAVID M.S. DEWHIRST
Chief Deputy Attorney General

Idaho Attorney General's Office
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
david.dewhirst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*


/s/ Eric H. Wessan
BRENNA BIRD
Attorney General
ERIC H. WESSAN
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, Iowa 50319

3

| | |
|---|---|
| Indianapolis, IN 46204<br>(317) 232-6231<br>Betsy.DeNardi@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana* | (515) 281-5164<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* |
| */s/ Jesse A. Burris*<br>KRIS KOBACH<br>Attorney General<br>JESSE A. BURRIS<br>Assistant Attorney General<br><br>Kansas Attorney General's Office<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br>Tel: (785) 368-8197<br>Jesse.Burris@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | */s/ Aaron J. Silletto*<br>DANIEL CAMERON<br>Attorney General<br>AARON J. SILLETTO<br>Assistant Attorney General<br><br>Kentucky Attorney General's Office<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Phone: (502) 696-5300<br>Aaron.Silletto@ky.gov<br><br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| */s/ Elizabeth B. Murrill*<br>ELIZABETH B. MURRILL<br>Solicitor General<br>J. SCOTT ST. JOHN<br>Deputy Solicitor General<br>TRACY SHORT<br>Assistant Attorney General<br><br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>shortt@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana* | */s/ Justin L. Matheny*<br>LYNN FITCH<br>Attorney General<br>JUSTIN L. MATHENY<br>Deputy Solicitor General<br><br>Mississippi Attorney General's Office<br>550 High Street, Suite 1200<br>Jackson, MS 39201<br>Tel: (601) 359-3680<br>justin.matheny@ago.ms.gov<br><br>*Counsel for Plaintiff State of Mississippi* |
| */s/ Jeff P. Johnson*<br>ANDREW BAILEY<br>Attorney General<br>JOSHUA M. DIVINE | */s/ Christian B. Corrigan*<br>AUSTIN KNUDSEN<br>Attorney General<br>CHRISTIAN B. CORRIGAN |

4

| | |
|---|---|
| Solicitor General<br>JEFF P. JOHNSON<br>Deputy Solicitor General<br><br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>josh.divine@ago.mo.gov<br>jeff.johnson@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* | Solicitor General<br><br>Montana Attorney General's Office<br>215 N Sanders St<br>Helena, MT 59601<br>(406) 444-2707<br>Christian.Corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana* |
| */s/ Eric Hamilton*<br>MICHAEL T. HILGERS<br>Attorney General<br>ERIC J. HAMILTON<br>Deputy Solicitor General<br><br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Eric.Hamilton@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* | */s/ Brandon F. Chase*<br>JOHN M. FORMELLA<br>Attorney General<br>BRANDON F. CHASE<br>Assistant Attorney General<br><br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>(603) 271-3650<br>Brandon.F.Chase@doj.nh.gov<br><br>*Counsel for Plaintiff State of New Hampshire* |
| */s/ Garry M. Gaskins, II*<br>GENTNER F. DRUMMOND<br>Attorney General<br>GARRY M. GASKINS, II<br>Solicitor General<br>ZACH WEST<br>Director of Special Litigation<br>AUDREY A. WEAVER<br>Assistant Solicitor General<br><br>Oklahoma Attorney General's Office<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>Audrey.Weaver@oag.ok.gov | */s/ J. Emory Smith*<br>ALAN WILSON<br>Attorney General<br>J. EMORY SMITH, JR.<br>Deputy Solicitor General<br><br>South Carolina Attorney General's Office<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone: (803) 734-3680<br>Fax: (803) 734-3677<br>Email:    ESmith@scag.gov<br><br>*Counsel for Plaintiff State of South Carolina* |

5

*Counsel for Plaintiff State of Oklahoma*

/s/ *Charles D. McGuigan*
MARTY J. JACKLEY
Attorney General
CHARLES D. MCGUIGAN
Chief Deputy Attorney General

South Dakota Attorney General's Office
1302 E. Highway 4, Suite 1
Pierre, SD 57501
605-773-3215

*Counsel for Plaintiff State of South Dakota*

/s/ *Clark L. Hildabrand*
JONATHAN SKRMETTI
Attorney General and Reporter
ANDRÉE S. BLUMSTEIN
Solicitor General
CLARK L. HILDABRAND
Assistant Solicitor General

Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

/s/ *Melissa Holyoak*
SEAN REYES
Attorney General
MELISSA HOLYOAK
Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

/s/ *Andrew N. Ferguson*
JASON MIYARES
Attorney General
ANDREW N. FERGUSON
Solicitor General
KEVIN M. GALLAGHER
Deputy Solicitor General
M. JORDAN MINOT
Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

/s/ *Ryan Schelhaas*
BRIDGET HILL
Attorney General
RYAN SCHELHAAS
Chief Deputy Attorney General

Wyoming Attorney General's Office
Counsel for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*


Dated: February 26, 2022