**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:23-cv-00024-DLH-CRH |
| MERRICK B. GARLAND, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7.1(C), Plaintiffs—a coalition of States, businesses, and individuals—respectfully request leave of the Court to file a Reply Brief that exceeds the page limitations prescribed in Local Rule 7.1(B). Specifically, Plaintiffs intend to file their Reply Brief by March 13, 2023, and respectfully request that they be permitted to file a Reply Brief <u>not to exceed twenty (20) pages</u>.

Good cause supports Plaintiffs' request. On February 16, 2023, the Court granted Defendants' Unopposed Motion for Page Count Enlargement (ECF Nos. 22, 29), authorizing Defendants to file a forty-page opposition to Plaintiffs' Motion for Preliminary Injunction. On March 6, 2023, Defendants filed, in addition to their opposition brief, a declaration from William J. Ryan, Acting Chief, Firearms and Ammunition Technology Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). This declaration attempts to improperly supplement the administrative record by purporting to provide additional explanation for the nearly 100-page preamble ATF published in the Federal Register and the 81 pages of summary adjudications ATF

published on its website.  Granting Plaintiffs' request would permit them to present the Court with

their responses to Defendants' arguments.

Respectfully submitted,

*/s/ Benjamin J. Sand*
Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

*Counsel for Plaintiffs FRAC, SB Tactical, B&T, and
Richard Cicero*

March 9, 2023

2

**CERTIFICATE OF SERVICE**

On March 9, 2023, I electronically filed the above paper with the Clerk of Court using the Court's electronic case filing system, and I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: March 9, 2023                              Respectfully submitted,

                                                 */s/ Benjamin J. Sand*
                                                 Benjamin J. Sand