# EXHIBIT A

## SUPPLEMENTAL DECLARATION OF JEFF CREAMER

I, Jeff Creamer, hereby declare as follows under the penalty of perjury.

1. I am Jeff Creamer, Chief Executive Officer of NST Global, LLC, d/b/a SB Tactical ("SB Tactical").

2. This declaration is intended to provide supplemental information to my declaration dated February 8, 2023. *See* Dkt. # 1-10.

3. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of SB Tactical. If called as a witness, I could and would testify competently to the contents of this declaration.

4. I am over 18 years of age, a citizen of the United States, and of sound mind.

### The Rule Continues to Substantially and Irreparably Harm SB Tactical

5. As I explained in my February 8, 2023 declaration, SB Tactical sold an average of 44,000 braces per month in 2022 (before the Rule went into effect) and 92,000 braces per month in 2020 (before ATF issued its notice proposing to regulate braces). <u>In February 2023, SB Tactical sold only 2,095 braces</u>.

6. Because stabilizing braces comprise 98.82% of SB Tactical's revenues, the unprecedented post-Rule drop in sales resulted in a devastating net loss of $327,106 in just one month.

7. As a direct result of this dire financial situation, SB Tactical laid off two employees in February.

8. After reviewing the latest data, SB Tactical can confirm that it faces a near-certain risk that it will go out of business within a matter of months if the Rule is not enjoined.

### The Adjudications Classify Numerous SB Tactical Products

9. My previous declaration listed every SB Tactical brace the Adjudications classified as creating short-barreled rifles. Dkt. # 1-10 ¶ 33.

10. The Complaint also explained that more than 40 of the 67 Adjudications classify firearms as short-barreled rifles equipped with an SB Tactical brace. Dkt. # 1 ¶ 12.

11. To assist the Court, the following is a list of each decision in the Platforms Adjudication, Dkt. # 1-6, that classifies a product equipped with an SB Tactical brace or a product that uses components designed by SB Tactical:

    a. AR-type Firearm with SBA4 Attached – Short-barreled Rifle (p. 3).[1]

    b. AR-type Firearm with SBA4 Attached – Short-barreled Rifle (p. 4).

    c. AR-type Firearm with SBM4 Attached – Short-barreled Rifle (p. 5).

    d. AR-type Firearm with SOB Attached – Short-barreled Rifle (p. 6).

    e. AR-type Firearm with SBX-K Attached – Short-barreled Rifle (p. 7).

    f. AR-type Firearm with SB-Mini Attached – Short-barreled Rifle (p. 8).

    g. AR-type Firearm with SBL Attached – Short-barreled Rifle (p. 9).

    h. AR-type firearm with SBPDW Attached – Short-barreled Rifle (p. 10).

    i. Glock-type Firearm with SBA3 Attached – Short-barreled Rifle (p. 19).

    j. FCU X01 with PSB Attached – Short-barreled Rifle (p. 24).

    k. AK-type Firearm with AKTF Attached – Short-barreled Rifle (p. 26).

    l. AK-type Firearm with SBL Attached – Short-barreled Rifle (p. 27).

    m. HK-type Firearm with SB5 Attached – Short-barreled Rifle (p. 29).

    n. H&K-type Firearm with SBT5KA Attached – Short-barreled Rifle (p. 30).

    o. H&K-type Firearm with HKPDW Attached – Short-barreled Rifle (p. 31).

---

[1] All page numbers correspond to bates stamps in Plaintiffs' exhibits.

    p.    PCC-type Firearm with CZPDW Attached – Short-barreled Rifle (p. 35).

    q.    PCC-type Firearm with SBT5A Attached – Short-barreled Rifle (p. 36).

    r.    RCC-type Firearm with SBA3 Attached – Short-barreled Rifle (p. 38).

    s.    MAC-type Firearm with SBA3 Attached – Short-barreled Rifle (p. 42).

12. To assist the Court, the following is a list of each decision in the Firearms Adjudication, Dkt. # 1-7, that classifies a product equipped with an SB Tactical brace or a product that uses components designed by SB Tactical:

    a.    Ruger, model AR-556 with SBA3 Attached – Short-barreled Rifle (p. 3).

    b.    Q, model Sugar Weasel with SBA3 Attached – Short-barreled Rifle (p. 5).

    c.    CMMG, model Banshee with SBA3 Attached – Short-barreled Rifle (p. 6).

    d.    FN, model FN15 with SBA3 Attached – Short-barreled Rifle (p. 8).

    e.    Maxim Defense Industries, model MDX with Maxim PDW Attached – Short-barreled Rifle (p. 10).

    f.    Palmetto State Armory, model PA-15 with SBA3 Attached – Short-barreled Rifle (p. 11).

    g.    Smith & Wesson, model M&P 15 with SBA3 Attached – Short-barreled Rifle (p. 12).

    h.    Smith & Wesson, model M&P 15-22P with SBA3 Attached – Short-barreled Rifle (p. 13).

    i.    Palmetto State Armory, model AKV with AKTF Attached – Short-barreled Rifle (p. 20).

    j.    Romarm, model Champion 2007 with SB47 Attached – Short-barreled Rifle (p. 21).

    k.    LWRC, model SMG-45 with SBT1 Attached – Short-barreled Rifle (p. 25).

    l.    CZ, model Scorpion EVO 3 S1 with SBTEVO Attached – Short-barreled Rifle (p. 26).

    m.    Diamondback Firearms, model DBX with FS1913 Attached – Short-barreled Rifle (p. 27).

    n.    Kriss USA, model Kriss Vector SDP with SBX-K Attached – Short-barreled Rifle (p. 28).

    o.    IWI, model UZI Pro Pistol with SBX-K Attached – Short-barreled Rifle (p. 29).

    p.    Sig Sauer, model MCX with FS1913 Attached – Short-barreled Rifle (p. 30).

    q.    Sig Sauer, model MPX with FS1913 Attached – Short-barreled Rifle (p. 31).

    r.    Sig Sauer, model MPX with PSB Attached – Short-barreled Rifle (p. 33).

    s.    Black Collar, model Pork Sword with FS1913 Attached – Short-barreled Rifle (p. 35).

    t.    Christensen Arms, model 14 with FS1913 Attached – Short-barreled Rifle (p. 36).

    u.    Remington, model 700CP with SBA3 Attached – Short-barreled Rifle (p. 37).

    v.    Q, model Mini Fix with Proprietary Brace – Short-barreled Rifle (p. 38).

13. SB Tactical also owns eight of the brace-equipped guns classified in the Adjudications. SB Tactical submitted these products to ATF for evaluation almost four years ago. I confirmed that the weapons in the Adjudications are the SB Tactical submissions by reviewing the serial numbers, which are visible in the photographs.

14. To assist the Court, the following is a list of each weapon owned by SB Tactical that appears in ATF's Platforms Adjudication, Dkt. # 1–6:

    a.    Ruger AR-556, S/N: 856-82588 (p. 3)

    b.    Ruger AR-556, S/N: 856-82594 (p. 5)

    c.    Ruger AR-556, S/N: 856-82557 (p. 6)

    d.    Ruger AR-556, S/N: 856-82525 (p. 7)

    e.    Ruger AR-556, S/N: 856-82579 (p. 8)

    f.    Ruger AR-556 S/N: 856-82608 (p. 9)

    g.    Ruger AR-556 S/N: 856-82602 (p. 10)

15. In addition, SB Tactical owns the Ruger AR-556 (S/N: 856-82600) on page 3 of the

Firearms Adjudication, Dkt. # 1-7.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on March 13, 2023

_____
Jeff Creamer
President, SB Tactical, Inc.