## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER GRANTING MOTION FOR EXTENSION OF TIME AND LEAVE** |
| vs. | ) ) | **TO FILE AMICUS CURIAE BRIEF** |
| Merrick B. Garland, et al., | ) ) | Case No. 1:23-cv-024 |
| Defendants. | ) ) | |

Before the Court is a motion for extension of time to file an amicus curiae brief (Doc. No. 68) and a motion for leave to file an amicus curiae brief (Doc. No. 67) by Robert M. Miller filed on March 15, 2023. For good cause shown the Court **GRANTS** the motion for extension of time to file an amicus curiae brief (Doc. No. 68) and **GRANTS** the motion to file an amicus curiae brief (Doc. No. 67).

**IT IS SO ORDERED.**

Dated this 20th day of March, 2023.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court

1