UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    Defendants. | Civil Action No. 1:23-cv-0024-DLH-CRH |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify this Court of an opinion that the United States District Court for the Northern District of Texas issued yesterday in *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.), attached to the Government's filing as Dkt. No. 72-1. In that opinion, the court denied a motion to preliminarily enjoin the Bureau of Alcohol, Tobacco, Firearms, and Explosives from enforcing the same rule challenged in this litigation, Factoring Criteria for Firearms With Attached "Stabilizing Braces," 88 Fed. Reg. 6,478 (Jan. 31, 2023). It reserved final judgment for the merits phase of that litigation.

The preliminarily injunction motion filed in Texas relied principally on Second Amendment arguments that Plaintiffs do not advance here and raised different Administrative Procedure Act challenges to ATF's statutory authority than Plaintiffs do here. Furthermore, the plaintiffs in Texas did not, as here, challenge ATF's adjudications; nor did they raise arbitrary and capricious challenges to the adjudications and rule, as Plaintiffs do here.

| | |
|---|---|
| March 31, 2023 | /s/ Stephen J. Obermeier |
| | Stephen J. Obermeier |
| | Thomas M. Johnson, Jr. |
| | Michael D. Faucette |
| | Jeremy J. Broggi |
| | Boyd Garriott |
| | **WILEY REIN LLP** |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| | Tel: 202.719.7000 |
| | Fax: 202.719.7049 |
| | SObermeier@wiley.law |
| | TMJohnson@wiley.law |
| | MFaucette@wiley.law |
| | JBroggi@wiley.law |
| | BGarriott@wiley.law |
| | |
| | Benjamin J. Sand (ND ID #07981) |
| | **CROWLEY FLECK PLLP** |
| | 100 W Broadway Ave |
| | Bismarck, ND 58501 |
| | Tel: 701.223.6585 |
| | Fax: 701.222.4853 |
| | bsand@crowleyfleck.com |
| | |
| | *Counsel for Plaintiffs FRAC, SB Tactical, B&T, and Richard Cicero* |
| | |
| */s/ Lindsay See* | */s/ James E. Nicolai* |
| PATRICK MORRISEY | DREW H. WRIGLEY |
| Attorney General | Attorney General |
| LINDSAY SEE | JAMES E. NICOLAI |
| Solicitor General | Interim Solicitor General |
| MICHAEL R. WILLIAMS | |
| Senior Deputy Solicitor General | North Dakota Attorney General's Office |
| | 600 E Boulevard Avenue, Dept. 125 |
| Office of the West Virginia Attorney General | Bismarck, ND 58505 |
| State Capitol, Bldg 1, Room E-26 | (701) 328-3644 |
| Charleston, WV 25305 | jnicolai@nd.gov |
| (681) 313-4550 | |
| Lindsay.S.See@wvago.gov | *Counsel for Plaintiff State of North Dakota* |
| Michael.R.Williams@wvago.gov | |
| | |
| *Counsel for Plaintiff State of West Virginia* | |

*/s/ Edmund G. LaCour Jr.*
STEVE MARSHALL
Attorney General
EDMUND G. LACOUR JR.
Solicitor General

Alabama Attorney General's Office
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

*/s/ Charles E. Brasington*
TREG TAYLOR
Attorney General
CHARLES E. BRASINGTON
Assistant Attorney General

Alaska Attorney General's Office
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov

*Counsel for Plaintiff State of Alaska*

*/s/ Dylan L. Jacobs*
TIM GRIFFIN
Attorney General
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

*/s/ Natalie P. Christmas*
ASHLEY MOODY
Attorney General
NATALIE P. CHRISTMAS (Fla. Bar 1019180)
Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

*/s/ Stephen J. Petrany*
CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY
Solicitor General

Georgia's Attorney General's Office
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*/s/ David M.S. Dewhirst*
RAÚL R. LABRADOR
Attorney General
DAVID M.S. DEWHIRST
Chief Deputy Attorney General

Idaho Attorney General's Office
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
david.dewhirst@ag.idaho.gov

*Counsel for Plaintiff State of Georgia*

*Counsel for Plaintiff State of Idaho*

*/s/ Betsy M. Denardi*
THEODORE E. ROKITA
Attorney General
BETSY M. DENARDI
Director of Complex Litigation

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6231
Betsy.DeNardi@atg.in.gov

*Counsel for Plaintiff State of Indiana*

*/s/ Eric H. Wessan*
BRENNA BIRD
Attorney General
ERIC H. WESSAN
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

*/s/ Jesse A. Burris*
KRIS KOBACH
Attorney General
JESSE A. BURRIS
Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

*/s/ Aaron J. Silletto*
DANIEL CAMERON
Attorney General
AARON J. SILLETTO
Assistant Attorney General

Kentucky Attorney General's Office
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
J. SCOTT ST. JOHN
Deputy Solicitor General
TRACY SHORT
Assistant Attorney General

Louisiana Department of Justice
1885 N. Third Street

*/s/ Justin L. Matheny*
LYNN FITCH
Attorney General
JUSTIN L. MATHENY
Deputy Solicitor General

Mississippi Attorney General's Office
550 High Street, Suite 1200
Jackson, MS 39201
Tel: (601) 359-3680

Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

/s/ *Jeff P. Johnson*
ANDREW BAILEY
Attorney General
JOSHUA M. DIVINE
Solicitor General
JEFF P. JOHNSON
Deputy Solicitor General

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
josh.divine@ago.mo.gov
jeff.johnson@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

/s/ *Eric J. Hamilton*
MICHAEL T. HILGERS
Attorney General
ERIC J. HAMILTON
Deputy Solicitor General

Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Eric.Hamilton@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

/s/ *Garry M. Gaskins, II*
GENTNER F. DRUMMOND
Attorney General
GARRY M. GASKINS, II

justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

/s/ *Christian B. Corrigan*
AUSTIN KNUDSEN
Attorney General
CHRISTIAN B. CORRIGAN
Solicitor General

Montana Attorney General's Office
215 N Sanders St
Helena, MT 59601
(406) 444-2707
Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

/s/ *Brandon F. Chase*
JOHN M. FORMELLA
Attorney General
BRANDON F. CHASE
Assistant Attorney General

New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3650
Brandon.F.Chase@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

/s/ *J. Emory Smith*
ALAN WILSON
Attorney General
J. EMORY SMITH, JR.

Solicitor General
ZACH WEST
Director of Special Litigation
AUDREY A. WEAVER
Assistant Solicitor General

Oklahoma Attorney General's Office
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov
Audrey.Weaver@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

/s/ *Charles D. McGuigan*
MARTY J. JACKLEY
Attorney General
CHARLES D. MCGUIGAN
Chief Deputy Attorney General

South Dakota Attorney General's Office
1302 E. Highway 4, Suite 1
Pierre, SD 57501
605-773-3215

*Counsel for Plaintiff State of South Dakota*

/s/ *Melissa Holyoak*
SEAN REYES
Attorney General
MELISSA HOLYOAK
Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600

Deputy Solicitor General

South Carolina Attorney General's Office
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680
Fax: (803) 734-3677
Email:   ESmith@scag.gov

*Counsel for Plaintiff State of South Carolina*

/s/ *Clark L. Hildabrand*
JONATHAN SKRMETTI
Attorney General and Reporter
ANDRÉE S. BLUMSTEIN
Solicitor General
CLARK L. HILDABRAND
Senior Counsel

Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

/s/ *Andrew N. Ferguson*
JASON MIYARARES
Attorney General
ANDREW N. FERGUSON
Solicitor General
KEVIN M. GALLAGHER
Deputy Solicitor General
M. JORDAN MINOT
Assistant Solicitor General

Virginia Attorney General's Office

melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

*/s/ Ryan Schelhaas*
BRIDGET HILL
Attorney General
RYAN SCHELHAAS
Chief Deputy Attorney General

Wyoming Attorney General's Office
Counsel for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*