IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    *Defendants*. | No. 1:23-cv-24-DLH-CRH |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby respond to Plaintiffs' Notice of Supplemental Authority. ECF No. 87. As that notice informed the Court, a divided panel of the Fifth Circuit recently extended the injunction pending appeal in *Mock v. Garland*, No. 23-10319 (5th Cir. May 5, 2023), with Judge Higginson dissenting. Specifically, the court found that plaintiffs there were likely to succeed on their claim that the Final Rule was not a "logical outgrowth" of the Proposed Rule. But the majority opinion "decline[d] to address" plaintiffs' other statutory and constitutional arguments. *See* ECF No. 87-1 at 22-23. The Complaint in this matter does not raise a "logical outgrowth" claim at all, *see* Compl. at 37-40, and Plaintiffs do not attempt to show otherwise. Instead, Plaintiffs point to statements of the panel majority and concurrence that are largely dicta, ECF No. 87 at 2-3, and in any event, are refuted by the persuasive reasoning of Judge Higginson's dissenting opinion. *See* ECF No. 87-1 at 43-58. Finally, the panel majority in *Mock* did not decide whether plaintiffs there had shown irreparable harm, and thus whether a preliminary injunction was appropriate, instead remanding the issue to the district court to decide. *Id.* at 40. For all these reasons, the panel majority in *Mock* is neither binding nor persuasive

1

case law, and this Court should deny Plaintiffs' motion for a preliminary injunction. Defendants are also amenable to providing further briefing as to the *Mock* decision, if helpful to the Court.

Dated: August 4, 2023                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         BRIGHAM J. BOWEN
                                         Assistant Branch Director

                                         */s/ Taylor Pitz*
                                         TAYLOR PITZ (CA Bar No. 332080)
                                         JODY D. LOWENSTEIN (MT Bar No. 55816869)
                                         MICHAEL DREZNER (VA Bar No. 83836)
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, DC 20005
                                         Phone: (202) 305-5200
                                         Email: taylor.n.pitz@usdoj.gov

                                         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On August 4, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, District of North Dakota, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice
