IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Firearms Regulatory Accountability Coalition, Inc., States of West Virginia, North Dakota, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTION OR TEMPORARY ADMINISTRATIVE STAY** |
| vs. | ) ) ) | |
| | ) ) | Case No.: 1:23-cv-024 |
| Merrick B. Garland, et al., | ) ) ) | |
| Defendants. | ) | |

Before the Court is the Plaintiffs' "Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action" filed on October 9, 2023. See Doc. Nos. 95 and 96. The Court previously issued an order denying the Plaintiffs' request for a preliminary injunction on September 12, 2023. See Doc. No. 90. Based upon the record before it, the Court finds no reason to alter its previous judgment and denies the Plaintiffs' motions (Doc. Nos. 95 and 96).

**IT IS SO ORDERED.**

Dated this 12th day of October, 2023.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court