IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, |
| vs. |
| Merrick B. Garland, et al., |
| Defendants. |

**ORDER GRANTING MOTION TO STAY**

Case No. 1:23-cv-024

Before the Court is the "Defendants' Consent Motion Stay District Court Proceedings Pending Appeal" filed on November 12, 2023. See Doc. No. 100. The Defendants have advised the Court that the Plaintiffs consent to this motion. The Defendants request the Court stay the above-captioned action pending the issuance of a mandate from the Eighth Circuit Court of Appeals[1]. The Defendant's propose the parties submit a joint status report no later than 7 days following an order issued on appeal.

For good cause shown, the Court **GRANTS** the motion (Doc. No. 100). All proceedings in this case are hereby **STAYED** pending the issuance of a ruling from the Eighth Circuit Court of Appeals. The parties shall advise the Court as to the status no later than 7 days following an order on appeal.

**IT IS SO ORDERED**.

Dated this 13th day of November, 2023.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court

---

[1] Firearms Regulatory Accountability Coalition, Inc. v. Garland, No. 23-3230 (8th Cir.)