UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY, as Attorney General of the United States, ET AL.,**<br><br>Defendants. | Case No. 1:23-cv-00024-DLH-CRH |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 13, 2023, ECF No. 101, the parties submit this Joint Status Report to alert the Court to the Eighth Circuit's opinion and judgment in *Firearms Regulatory Accountability Coalition, Inc. v. Garland*, No. 23-3230 (8th Cir.), concluding Plaintiffs are likely to succeed on the merits of their arbitrary-and-capricious challenge, and reversing and remanding the decision of the district court.

The parties request that this matter remain stayed pending the issuance of the Eighth Circuit's mandate in the above-captioned appeal, and that the parties be ordered to submit a joint proposed schedule within two weeks of the issuance of the mandate.

Dated: August 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWN
Assistant Branch Director

1

/s/ *Faith E. Lowry*
FAITH E. LOWRY (TX. Bar No. 24099560)
TAYLOR PITZ
JODY D. LOWENSTEIN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-2532
Email: faith.e.lowry@usdoj.gov

*Counsel for Defendants*

/s/ *Stephen J. Obermeier*
Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Plaintiffs FRAC, SB Tactical, B&T, and Richard Cicero*

/s/ *Michael R. Williams*
PATRICK MORRISEY
Attorney General
MICHAEL R. WILLIAMS
Solicitor General

2

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*