IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) ) ) | Case No. 1:23-cv-024 |
| Merrick B. Garland, in his official capacity as Attorney General of the United States, et al., | ) ) ) ) | |
| Defendants. | ) | |

On August 16, 2024, the Parties filed a Joint Status Report in which they, among other things, alert the court to the Eighth Circuit's opinion and judgment in *Firearms Regulatory Accountability Coalition, Inc. v. Garland*, No. 23-32-30 (8th Cir.), and request that the court issue an order requiring them to submit a joint proposed schedule within two weeks of the mandate in the aforementioned appeal. (Doc. No. 109).

The Eight Circuit issues its mandate in the aforementioned appeal on September 30, 2024. (Doc. No. 110). Accordingly, the Parties shall submit a proposed schedule by October 18, 2024, to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court