# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:23-cv-24 |
| PAMELA BONDI,[1] *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's November 20, 2024 Order, the parties submit this joint status report to "advise the Court as to the status of" *Mock v. Garland*, No. 24-10743 (5th Cir.), "following an order on appeal" in that case. *See* ECF No. 117 at 2. The Fifth Circuit on Friday, July 25, dismissed the appeal pursuant to a stipulation. *See* Judgment, *Mock v. Garland*, No. 24-10743 (5th Cir.), attached as Ex. A.

The parties are currently engaged in discussions with the aim of resolving this case without further litigation and thus respectfully request that the Court maintain its stay for an additional 30 days.

---

[1] Merrick Garland has been substituted with Pamela Bondi as Attorney General of the United States, pursuant to Federal Rule of Civil Procedure 25(d).

Dated: August 1, 2025                                   Respectfully Submitted,

*/s/ Stephen J. Obermeier*
Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Plaintiffs FRAC, SB Tactical, B&T, and Richard Cicero*

*/s/ Michael R. Williams*
JOHN B. MCCUSKEY
Attorney General
MICHAEL R. WILLIAMS
Solicitor General

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar. No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*