UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-24 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

The final rule issued by ATF purporting to regulate pistol stabilizing braces is vacated. *See Mock v. Garland*, No. 4:23-CV-00095-O, 2024 WL 2982056 (N.D. Tex. June 13, 2024); Order, *Mock v. Bondi*, No. 24-10743 (5th Cir. July 25, 2025). ATF has publicly acknowledged the rule is "set aside nationwide" and has also withdrawn from its website the PowerPoint adjudications that purported to apply the now-vacated rule. *See Factoring Criteria for Firearms with Attached "Stabilizing Braces,"* ATF, https://www.atf.gov/rules-and-regulations/factoring-criteria-firearms-attached-stabilizing-braces (updated Aug. 8, 2025).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by undersigned counsel, hereby notice their voluntary dismissal of this action without prejudice.

Dated: September 10, 2025

Respectfully Submitted,

/s/ Stephen J. Obermeier
Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Plaintiffs FRAC, SB Tactical, B&T, and Richard Cicero*

/s/ Michael R. Williams
JOHN B. MCCUSKEY
Attorney General
MICHAEL R. WILLIAMS
Solicitor General

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

/s/ Philip Axt
DREW H. WRIGLEY
Attorney General
PHILIP AXT
Solicitor General

North Dakota Attorney General's Office
500 North 9th Street
Bismarck, ND 58501
(701) 328-2210
pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

/s/ Edmund G. LaCour Jr.
STEVE MARSHALL
Attorney General
EDMUND G. LACOUR JR.
Solicitor General

Alabama Attorney General's Office
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

Counsel for Plaintiff State of Alabama


/s/ Ryan Hale*
TIM GRIFFIN
Attorney General
RYAN HALE
Senior Assistant Attorney General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 295-7419
ryan.hale@arkansasag.gov

Counsel for Plaintiff State of Arkansas


/s/ Stephen J. Petrany
CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY
Solicitor General

Georgia's Attorney General's Office

/s/ Charles E. Brasington
STEPHEN J. COX
Attorney General
CHARLES E. BRASINGTON
Assistant Attorney General

Alaska Attorney General's Office
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov

Counsel for Plaintiff State of Alaska


/s/ Christine Pratt
JAMES UTHMEIER
Attorney General
CHRISTINE PRATT
Assistant Solicitor General
ALLEN L. HUANG
Deputy Solicitor General

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com
allen.huang@myfloridalegal.com

Counsel for Plaintiff State of Florida


/s/ Alan M. Hurst
RAÚL R. LABRADOR
Attorney General
ALAN M. HURST
Solicitor General

Idaho Attorney General's Office

40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

P.O. Box 83720-0010
Boise, ID 83720-0010
(208) 334-2400
(208) 854-8071 (fax)
alan.hurst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

<u>*/s/ Betsy M. Denardi*</u>
THEODORE E. ROKITA
Attorney General
BETSY M. DENARDI
Director of Complex Litigation

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6231
Betsy.DeNardi@atg.in.gov

*Counsel for Plaintiff State of Indiana*

<u>*/s/ Eric H. Wessan*</u>
BRENNA BIRD
Attorney General
ERIC H. WESSAN
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

<u>*/s/ Jesse A. Burris*</u>
KRIS KOBACH
Attorney General
JESSE A. BURRIS
Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

<u>*/s/ Aaron J. Silletto*</u>
RUSSELL COLEMAN
Attorney General
AARON J. SILLETTO
Assistant Attorney General

Kentucky Attorney General's Office
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

<u>*/s/ Tracy Short*</u>
ELIZABETH B. MURRILL

<u>*/s/ Justin L. Matheny*</u>
LYNN FITCH

<div style="columns:2">

Attorney General
TRACY SHORT
Assistant Attorney General
MORGAN BRUNGARD
Assistant Solicitor General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
shortt@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


/s/ Victoria Lowell
KATHERINE HANNAH
Attorney General
VICTORIA LOWELL
Assistant Attorney General

Office of Missouri Attorney General
815 Olive Street, #200
St. Louis, MO 63101
(314) 340-4792 Phone (573) 751-0774 Fax
Victoria.Lowell@ago.mo.gov

*Counsel for Plaintiff State of Missouri*


/s/ Grant D. Strobl
MICHAEL T. HILGERS
Attorney General
CODY S. BARNETT
Solicitor General

Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
cody.barnett@nebraska.gov

</div>

<div style="columns:2">

Attorney General
JUSTIN L. MATHENY
Deputy Solicitor General

Mississippi Attorney General's Office
550 High Street, Suite 1200
Jackson, MS 39201
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*


/s/ Christian B. Corrigan
AUSTIN KNUDSEN
Attorney General
CHRISTIAN B. CORRIGAN
Solicitor General

Montana Attorney General's Office
215 N Sanders St
Helena, MT 59601
(406) 444-2707
Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*


/s/ Brandon F. Chase
JOHN M. FORMELLA
Attorney General
BRANDON F. CHASE
Assistant Attorney General

New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
Brandon.F.Chase@doj.nh.gov

</div>

*Counsel for Plaintiff State of Nebraska*   *Counsel for Plaintiff State of New Hampshire*

*/s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND
Attorney General
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation

Oklahoma Attorney General's Office
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

*/s/ J. Emory Smith*
ALAN WILSON
Attorney General
J. EMORY SMITH, JR.
General Counsel

South Carolina Attorney General's Office
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680
Fax: (803) 734-3677
Email:   ESmith@scag.gov

*Counsel for Plaintiff State of South Carolina*

*/s/ Amanda J. Miiller*
MARTY J. JACKLEY
Attorney General
AMANDA J. MIILLER
Deputy Attorney General

South Dakota Attorney General's Office
1302 S.D. Hwy 1889, Suite 1
Pierre, SD 57501
605-773-3215
Amanda.Miiller@state.sd.us

*Counsel for Plaintiff State of South Dakota*

*/s/ J. Matthew Rice*
JONATHAN SKRMETTI
Attorney General and Reporter
J. MATTHEW RICE
Solicitor General

Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
matt.rice@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

*/s/ Lance Sorenson*
DEREK BROWN
Attorney General
LANCE SORENSON

*/s/ Kevin M. Gallagher*
JASON MIYARES
Attorney General
KEVIN M. GALLAGHER

Assistant Attorney General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
lancesorenson@agutah.gov

*Counsel for Plaintiff State of Utah*

/s/ Ryan Schelhaas
KEITH G. KAUTZ
Attorney General
RYAN SCHELHAAS
Chief Deputy Attorney General

Wyoming Attorney General's Office
Counsel for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*