IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Firearms Regulatory Accountability Coalition, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | Case No.1:23-cv-24 |
| Pamela Bondi, et al., | ) ) | |
| Defendant. | ) | |

Before the Court is the Plaintiff's notice of voluntary dismissal filed on September 10, 2025. See Doc. No. 144. The Plaintiffs provide notice of voluntary dismissal of their complaint. The Court **ADOPTS** the Plaintiff's notice (Doc. No. 144) and **ORDERS** the Plaintiff's complaint be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2025.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court